**FILED**
CLERK, U.S. DISTRICT COURT

September 24, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FITPRINT MARKETING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK J. TABOADA, and TABOADA ROCHLIN GOVIER, LLP,<br><br>Defendants. | Case No. 8:20-cv-08424-SB-MAA<br><br>**ORDER GRANTING JOINT STIPULATION RE: REQUEST FOR DISMISSAL**<br><br>Complaint filed:     September 15, 2020<br>Trial Date:            December 6, 2021 |

Having considered the Parties' Joint Stipulation re: Request for Dismissal, in which the parties have confirmed that they have successfully reached a full and complete settlement of the above-referenced case through their private mediation efforts, and with good cause thus shown, IT IS HEREBY ORDERED that this case shall be dismissed, with prejudice, as to the entire action.

**IT IS SO ORDERED.**

Dated:  September 24, 2021

Stanley Blumenfeld, Jr.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28